```
 1 | KAREN P. HEWITT
   | United States Attorney
 2 | A. DALE BLANKENSHIP
   | Assistant United States Attorney
 3 | California State Bar No. 235960
   | United States Attorney's Office
 4 | Federal Office Building
   | 880 Front Street, Room 6293
 5 | San Diego, California 92101
   | Telephone: (619) 557-6199
 6 |
   | Attorneys for Plaintiff
 7 | UNITED STATES OF AMERICA
```

**FILED**

OCT 3 0 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2234-WQH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION OF FACT AND JOINT** |
| v. | ) | **MOTION FOR RELEASE OF** |
| | ) | **MATERIAL WITNESSES AND** |
| DELMA PALOMERA, | ) | **ORDER THEREON** |
| | ) | |
| Defendant. | ) | |

   **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and A. Dale Blankenship, Assistant United States Attorney, and defendant DELMA PALOMERA, by and through and with the advice and consent of defense counsel, Brian P. Funk, Esq., that:

   1.   Defendant agrees to execute this stipulation on or before the disposition date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it. Defendant agrees further to plead guilty to Count 2 of the Indictment which charges defendant with a non-mandatory minimum count of Bringing In Illegal Aliens Without Presentation, in violation of 8 U.S.C. §1324(a)(2)(B)(iii).

   2.   Defendant agrees to plead guilty to the charge described above pursuant to the plea agreement on or before September 16, 2007.

3. The material witness, Bonisu Gaytan-Diaz, in this case:

    a. Is an alien with no lawful right to enter or remain in the United States;

    b. Entered or attempted to enter the United States illegally on or about July 31, 2007;

    c. Was found in a vehicle driven by Defendant at the San Ysidro, California, Port of Entry, and that defendant knew or acted in reckless disregard of the fact that she was an alien with no lawful right to enter or remain in the United States;

    d. Was paying $2000.00 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

    e. May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

4. After the material witness is ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

    a. The stipulated facts set forth in paragraph 3 above shall be admitted as substantive evidence;

    b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of unavailable witnesses; and,

    c. Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witnesses who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witnesses in this case.

5. By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies

Stipulation of Fact and Joint Motion for Release of
Material Witnesses And Order Thereon in
United States v. Delma Palomera      2      07CR2234-WQH

1  further that defendant has discussed the terms of this stipulation and joint motion with defense
2  counsel and fully understands its meaning and effect.
3     Based on the foregoing, the parties jointly move the stipulation into evidence and for the
4  immediate release and remand of the above-named material witnesses to the Department of
5  Homeland Security for return to their country of origin.
6     It is STIPULATED AND AGREED this date.

7                              Respectfully submitted,
8                              KAREN P. HEWITT
                               United States Attorney
9
10 Dated: 10/15/07
                               _____
11                             A. DALE BLANKENSHIP
                               Assistant United States Attorney
12
   Dated: 12/4/07
13                             _____
                               BRIAN P. FUNK
14                             Defense Counsel for Edward Gonzales-Amado

15 Dated: 10/4/07
                               _____
16                             DELMA PALOMERA
                               Defendant
17 _____

18                             O R D E R
19    Upon joint application and motion of the parties, and for good cause shown,
20    **THE STIPULATION** is admitted into evidence, and,
21    **IT IS ORDERED** that the above-named material witnesses be released and remanded
22 forthwith to the Department of Homeland Security for return to their country of origin.
23    **SO ORDERED.**
24 Dated: 10/30/2007
                               _____
25                             United States Magistrate Judge
26
27
28 Stipulation of Fact and Joint Motion for Release of
   Material Witnesses And Order Thereon in
   United States v. Delma Palomera         3                    07CR2234-WQH